USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/13

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE
NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-3610
DIRECT FAX
(917) 777-3610
EMAIL ADDRESS
SHEPARD.GOLDFEIN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
-----
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
-----
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

**MEMO ENDORSED**

January 4, 2013

VIA EMAIL

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *National Hockey League et al. v. National Hockey League Players' Association et al.*, 12-cv-9133 (PAE)

Dear Judge Engelmayer:

I represent the Plaintiffs in the above-captioned matter. I am authorized to write on behalf of the Plaintiffs and those Defendants who have appeared in the matter in response to Your Honor's inquiry regarding briefing in connection with the Defendants' motion to dismiss.

The parties have conferred with each other and agree that an expedited briefing schedule is not necessary and that the normal deadlines set forth in the Federal Rules of Civil Procedure and the Court's Local Rules should apply to the Defendants' motion to dismiss.

Respectfully submitted,

Shepard Goldfein

cc: All counsel of record (by email)

The court conference will go forward as scheduled. In light of the parties' joint view that expedited briefing of the motion to dismiss is unnecessary, the Court intends to set an orderly briefing schedule that does not contemplate the filing of an opposition brief early next week.

**SO ORDERED:**

1/4/13

Paul A. Engelmayer
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE