```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

NATIONAL HOCKEY LEAGUE et al.,

                       Plaintiffs,

       -v-

NATIONAL HOCKEY LEAGUE PLAYERS'
ASSOCIATION et al.,

                       Defendants.

------------------------------------------------------------X

12 Civ. 9133 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received the attached letter from the parties in this case, requesting an adjournment of the conference previously set for Monday, January 7, 2013, in light of their tentative agreement on a new collective bargaining agreement. The conference is adjourned, and rescheduled for Friday, January 18, 2013, at 3:00 pm.

SO ORDERED.

                                                                          Paul A. Engelmayer
                                                                          United States District Judge

Dated: January 7, 2013
       New York, New York

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-3610
DIRECT FAX
(917) 777-3610
EMAIL ADDRESS
SHEPARD.GOLDFEIN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON

BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

January 6, 2013

**VIA EMAIL**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *National Hockey League et al. v. National Hockey League Players' Association et al.*, 12-cv-9133 (PAE)

Dear Judge Engelmayer:

I represent the Plaintiffs in the above-captioned matter. I am authorized to write on behalf of the Plaintiffs and those Defendants who have appeared in the matter.

I write to inform the Court that the National Hockey League and the National Hockey League Players Association have reached a tentative agreement on a new collective bargaining agreement. Once finalized, the agreement will also resolve the parties' litigation. Consequently, the parties respectfully jointly request that the status conference scheduled for January 7, 2013, be adjourned to allow the parties to focus on finalizing their agreement. The parties will promptly notify the Court if there is any change in the status of their agreement.

Respectfully submitted,

Shepard Goldfein

cc: All counsel of record (by email)